**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 96-1763**

—————

FRANKLIN S. PACHECO,

Plaintiff - Appellant,

versus

SEARS ROEBUCK AND COMPANY,

Defendant - Appellee.

—————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CA-95-298-3-P)

—————

Submitted:  February 27, 1997        Decided:  March 10, 1997

—————

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Franklin S. Pacheco, Appellant Pro Se.  James Bernard Spears, Jr., Aaron M. Christensen, John D. Cole, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, Charlotte, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment for Defendant in his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Pacheco v. Sears Roebuck & Co., No. CA-95-298-3-P (W.D.N.C. May 2, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2